UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., | No. C08-3914 EMC |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| TEQUILA GRILL, et al., | |
| Defendants. | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: August 19, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge