THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/444-5800
Facsimile:    415/444-5805

Attorneys for Plaintiffs
CRAIG YATES; and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br><br> TEQUILA GRILL; CARMEN HERNANDEZ, RAFAEL HERNANDEZ, CARMELITA HERNANDEZ-RIVERA, GERARDO RIVERA, individuals dba TEQUILA GRILL, <br><br> Defendants. | **CASE NO. CV-08-3914-EMC** <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 29, 2008        THOMAS E. FRANKOVICH,
                              *A PROFESSIONAL LAW CORPORATION*


                              By: _____/S/_____
                                    Thomas E. Frankovich
                                    Attorneys for Plaintiffs

CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE